IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HOWDEN NORTH AMERICA INC. ) | Civil Action No. 2:12-cv-01442 |
| ) | |
| Plaintiff, ) | **Judge Joy Flowers Conti** |
| ) | |
| v. ) | **Electronically Filed** |
| ) | |
| UTICA MUTUAL INSURANCE COMPANY ) | |
| AND NATIONAL INDEMNITY COMPANY, ) | |
| ) | |
| Defendants. ) | |

### NOTICE OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Howden North America Inc. hereby dismisses, with prejudice, the above-captioned action.

/s/ William D. Geiger
William D. Geiger
PA29918
DAVIES MCFARLAND & CARROLL, P.C.
One Gateway Center, 10th Floor
Pittsburgh, PA 15222
(412) 281-0737
(412) 261-7251 (fax)
wgeiger@dmcpc.com

Timothy D. Greszler
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, NW
Washington, D.C. 20004-2401
Tel: (202) 662-6000
Fax: (202) 662-6291
Email: tgreszler@cov.com

*Attorneys for Howden North America Inc.*

DATED: November 8, 2012